# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7064**                                                    **September Term, 2024**

**1:18-mc-00129-DLF**

**Filed On: October 1, 2024** [2077707]

TIG Insurance Company, as successor by
merger to International Insurance Company
and International Surplus Line Insurance
Company,

        Appellant

        v.

Republic of Argentina, as successor to Caja
Nacional de Ahorro y Seguro and Caja
Nacional de Ahorro y Seguro,

        Appellees

## M A N D A T E

In accordance with the judgment of July 30, 2024, and pursuant to Federal Rule
of Appellate Procedure 41, this constitutes the formal mandate of this court.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:   /s/
                Daniel J. Reidy
                Deputy Clerk

Link to the judgment filed July 30, 2024